UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

MICHAEL FLORES,

        Plaintiff.
_____/

No. C-14-1482 EMC (pr)

**ORDER OF DISMISSAL**

This *pro se* civil action was opened on March 31, 2014, when the Court received from Plaintiff a letter concerning his medical care in prison. On that date, the Court notified Plaintiff in writing that the action was deficient due to (1) his failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application and (2) his failure to file a civil complaint or habeas petition. *See* Docket # 2, # 3. Plaintiff was advised that failure to pay the fee or file the application materials within 28 days would result in dismissal of the action, and that failure to file a civil complaint or habeas petition within 28 days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and did not file a civil complaint or habeas petition, although the Court granted him an extension of time until September 19, 2014 to do so.

This action is DISMISSED without prejudice because Mr. Flores failed to submit a pleading showing the Court has subject matter jurisdiction.

IT IS SO ORDERED.

Dated: October 7, 2014

_____
EDWARD M. CHEN
United States District Judge